In the Matter of IRVING J. PARDO and ROBERT J. HAAS, Attorneys, Respondents. SUFFOLK COUNTY BAR ASSOCIATION, Petitioner.

Beldock, P. J., Ughetta, Christ, Brennan and Rabin, JJ., concur.